**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**FRANCISCO OBANDO**

    **Plaintiff,**

    v.

**LABORATORY CORPORATION OF AMERICA**
    **Defendant.**

    /

**10-CV-20253-Moreno-Torres**

**Judge:**

**Case no:**

> FILED by ___VT___ D.C.
> ELECTRONIC
>
> Jan. 27, 2010
>
> STEVEN M. LARIMORE
> CLERK U.S. DIST. CT.
> S.D. OF FLA.- MIAMI

## ORIGINAL COMPLAINT

Comes now, the Plaintiff, **Francisco Obando** (hereinafter the "**Plaintiff**"), on behalf of himself and by and through undersigned counsel, who files this original complaint against the Defendants, **Laboratory Corporation of America**, (hereinafter "**Lab**"), and in support thereof would state the following:

### JURISDICTION AND VENUE

1. This is an action for damages brought by an individual consumer against the named defendant for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq., (hereinafter the "**FDCPA**").

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d). Supplemental jurisdiction rests upon 28 U.S.C. § 1367.

3. The Defendant **Lab** is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida.  **Lab** is a "debt collector" as defined by the **FDCPA** and as it uses interstate commerce in a business for which the principal purpose is to collect debts.

## VENUE

4. The venue in the United States District Court for the Southern District of Florida is proper and based upon the following:

   a. The violations of the FDCPA alleged below occurred and/or were committed in **Miami-Dade County,** in the State of Florida within the Southern District of Florida;

   b. At all times material hereto, the Defendant **Lab**, was and continues to be a corporation engaged in business activities in **Miami-Dade County**, Florida and as such is a citizen of the State of Florida.

5. The **Plaintiff**, is an individual residing in **Miami-Dade County**, Florida and is a "consumer" as that term is defined by 15 U.S.C. §§ 1692 et seq.

## FACTS COMMON TO ALL COUNTS

6. **Plaintiff** is an "individual consumer" as defined by the **FDCPA** and is alleged to have incurred a financial obligation relating to an alleged debt with Defendant, **Lab**.

7. The **Plaintiff** was injured in a work related accident and filed a claim for Florida Workers' Compensation Benefits pursuant to FS §440 *et seq.*

8. That as a result of this accident **Plaintiff** sought and received medical treatment and care for his work related injuries and the case was ultimately settled with his Employer and workers' compensation insurance carrier who agreed to be responsible for all related medical bills.

9. In a letter dated December 3, 2009 Defendant, **Lab** attempted to collect and alleged debt from the **Plaintiff** for medical services which should have been covered under **Plaintiff's** workers compensation benefits. *See* **Exhibit "A"**.

10. In a letter dated December 14, 2009 Defendant, **Lab** attempted to collect and alleged debt from the **Plaintiff** for medical services which should have been covered under **Plaintiff's** workers compensation benefits. *See* **Exhibit "B"**.

11. In a letter dated December 24, 2009 Defendant, **Lab** attempted to collect and alleged debt from the **Plaintiff** for medical services which should have been covered under **Plaintiff's** workers compensation benefits. *See* **Exhibit "C"**.

12. **Lab** attempted to collect a debt not permitted by law since collection of the debt violates Florida Statute §440.13(3)(g)&(i) and 440.13(14)(a-c). An injured worker is not liable for payment for medical treatment or services related to a workers' compensation accident and furthermore a medical provider may not collect nor receive a fee from an injured worker.

Page **3** of **6**

13. That the attempt to collect this debt was unlawful and illegitimate as the defendants are barred from such right by F.S. 44013(3) and 440.13(14) and 15 U.S.C. 1692f(1).

14. That the defendant **Lab** knowingly attempted to collect this alleged debt in violation of FS §440 and as such their conduct was intentional and willful.

## COUNT ONE

## VIOLATION OF THE FDCPA – 15 U.S.C. §§ 1692 et seq.
## BY DEFENDANT LAB

15. Plaintiff re-alleges and incorporates paragraphs 1 through 14 above as if fully stated herein.

16. Upon information and belief, the foregoing acts and omissions of Defendants **Lab**, as further described within this Complaint, constitute violations of certain provisions of the **FDCPA**, and as such, each and every provision of 15 U.S.C. §§ 1692 et seq., are at issue.

17. Upon information and belief, Defendant **Lab** has specifically violated 15 U.S.C. § 1692f by using unfair and unconscionable means in an attempt to collect a debt **Plaintiff** did not owe.

18. Upon information and belief, Defendant **Lab** has specifically violated 15 U.S.C. § 1692e(10) by using false representation and deceptive means in an attempt to collect a debt not owed by the **Plaintiff.**

19.   Upon information and belief, Defendant **Lab** has specifically violated 15 U.S.C. § 1692e(5) by threatening to take action that cannot legally be taken by threatening further collection activities against the **Plaintiff**. *See* **Exhibit "A" & "C"**.

20.   Upon information and belief, Defendant **Lab** has specifically violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not permitted by law when they attempted to collect a debt which the **Plaintiff** did not owe.

21.   Upon information and belief, Defendant **Lab** has specifically violated 15 U.S.C. § 1692e using false, deceptive and misleading representation and means by attempting to collect a debt not owed by the **Plaintiff**.

22.   As a result of this violation of the **FDCPA** by Defendant **Lab**, the Plaintiff has suffered out of pocket expenses as well as other actual damages and is therefore entitled to an award of damages pursuant to 15 U.S.C. § 1692k(a)(1-3) from Defendant **Lab**.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that a judgment be entered against Defendants **Lab** for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages pursuant to 15 U.S.C. § 1692k(a)(2); the costs associated with litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and such other relief the Court deems just, equitable and proper.

Dated this _____ day of January, 2010.

Respectfully Submitted by,

**The Fair Credit Law Group, LLC**
**3330 NW 53rd Street #306**
**Fort Lauderdale, FL 33309**
**Tel: 954-334-9100**
**Fax: 954-986-4777**

**Filed by: Joel A. Brown, Esq**
**FL Bar #0066575**
**Paul A. Herman, Esq**
**FL Bar #0405175**
**Attorney for Plaintiff**

# Exhibit "A"

# LCA COLLECTIONS

A Division of Laboratory Corporation of America

**PAST DUE**

TAX ID# : 64-0611484
912481918530

PATIENT: **FRANCISCO OBANDO**
INVOICE DATE: 12/03/09

FRANCISCO OBANDO
12062 SW 10TH TER
MIAMI, FL 33184-2430

**YOUR INVOICE**  **41559201**
**AMOUNT DUE**  **$111.00**

Payments made
an online bankin
service must inc
this invoice num

DATE OF SERVICE: 05/04/09
TEST REQUESTED BY: THE GABLES SURGICAL CENTER

## Immediate Payment Required

Our records indicate your debt to LabCorp has not been satisfied and is seriously past due by 3 months. It is not our wish to have this matter handled as a collection issue. However, if this bill is not satisfied immediately, it will be listed as a severely delinquent account and further collection activities will proceed. Your payment is expected today.

Call 1-877-273-9905 immediately, and we will make arrangements to resolve this past due invoice.

If a payment has recently been made, please accept our thanks.

RECEIVED

BY:

LabCorp reserves the right to refuse laboratory services for failure to pay for past services.

IMPORTANTE: Su cuenta esta vencida. Tenemos agentes bilingues disponibles para asistirle. Llamenos ahora para resolver su situacion.

** CALL BETWEEN 8:00AM - 5:00PM MON-FRI, EASTERN TIME ** 1-877-273-9905

12062 SW 10TH TER
MIAMI, FL 33184-2430

FOR PROPER CREDIT, RETURN THIS PORTION WITH YOUR PAYMENT

PLEASE DO NOT SEND CASH

FOR: FRANCISCO OBANDO

MAKE CHECK OR MONEY ORDER PAYABLE TO:

WEB PAYMENT OPTIONS
ARE AVAILABLE AT:
www.labcorp.com/billing
Payments made via an online banking
service must include invoice# 41559201

LCA
P.O. BOX 2240
BURLINGTON, NORTH CAROLINA 27216-2240

TERMS PAYABLE ON RECEI

**YOUR INVOICE NO.**
41559201
**PAY THIS AMOUNT**
$111.00

ODNABO*CNARF****  91248191  8530****  4  0111002

# Exhibit "B"



# LABORATORY BILL

Laboratory Corporation of America
912481918530

*To: TED*

#BWNDJPN ***5-DIGIT 33184
#0041559201034
FRANCISCO OBANDO
12062 SW 10TH TER
MIAMI, FL 33184

INVOICE DATE:   12/14/09

YOUR INVOICE # / FACTURA   **41559201**

PATIENT:   FRANCISCO OBANDO
DATE OF SERVICE:   05/04/09

PAYMENT AMOUNT DUE   **$ 111.00**

PAYMENT DUE UPON RECEIPT

## $ 111.00 IS DUE IMMEDIATELY

# Your insurance company has processed your claim.
# Balance due is your responsibility.
# Protect your credit now.

**IMPORTANTE:** Su cuenta esta vencida. Tenemos agentes bilingues disponibles para asistirle. Llamenos ahora para resolver su situacion.

   

Call: 1-800-845-6167; or
Visit: www.labcorp.com/billing

We accept these credit cards

To make payment by check or credit card

FOR PROPER CREDIT, RETURN THIS PORTION WITH YOUR PAYMENT

12062 SW 10TH TER
MIAMI, FL 33184-

FOR:  FRANCISCO OBANDO

WEB PAYMENT AND INSURANCE FILING OPTIONS ARE AVAILABLE AT
www.labcorp.com/billing

PLEASE DO NOT SEND CASH

MAKE CHECK OR MONEY ORDER PAYABLE TO:

Laboratory Corporation of America Holdings
P.O. Box 2240
Burlington, North Carolina  27216-2240

YOUR INVOICE NO.
41559201

PAY THIS AMOUNT
$ 111.00

ODNABO*CNARF****   912481191   8530****   D   0111002

# Exhibit "C"

# LCA COLLECTIONS

A Division of Laboratory Corporation of America

**PAST DUE**

TAX ID# : 84-0611484

912481918530

*To: TED*

FRANCISCO OBANDO
12082 SW 10TH TER
MIAMI, FL 33184-2430

| PATIENT: | FRANCISCO OBANDO |
|---|---|
| INVOICE DATE: | 12/24/09 |

| YOUR INVOICE #<br>FACTURA | 41559201 |
|---|---|
| AMOUNT DUE: | $111.00 |

Payments made v:
an online banking
service must incl:
this invoice numb:

DATE OF SERVICE:     05/04/09
TEST REQUESTED BY:   THE GABLES SURGICAL CENTER

## Delinquent Account Status

Our records indicate that your account is now severely delinquent. This is a serious matter you should no longer ignore. You must act now to clear your delinquent status. There is no longer any excuse for failing to resolve your account. Your lack of response will only result in further collection activities.

You can easily satisfy this obligation by:

1) Calling one of our collection specialists at 1-800-845-6167;
2) Paying by check or credit card using the envelope provided; or
3) Paying by check or credit card online at www.labcorp.com/billing.

Act immediately.

LabCorp reserves the right to refuse laboratory services for failure to pay for past services.

IMPORTANTE: Su cuenta esta vencida. Tenemos agentes bilingues disponibles para asistirle. Llamenos ahora para resolver su situacion.

** CALL BETWEEN 8:00AM - 5:00PM MON-FRI, EASTERN TIME ** 1-800-845-6167

---

12082 SW 10TH TER
MIAMI, FL 33184-2430

FOR PROPER CREDIT, RETURN THIS PORTION WITH YOUR PAYMENT

PLEASE DO **NOT** SEND CASH

FOR: FRANCISCO OBANDO

MAKE CHECK OR MONEY ORDER PAYABLE TO:

WEB PAYMENT OPTIONS
ARE AVAILABLE AT:
www.labcorp.com/billing

Payments made via an online banking
service must include invoice# 41559201

LCA
P.O. BOX 2240
BURLINGTON, NORTH CAROLINA  27215-2240

TERMS PAYABLE ON RECEIP

| YOUR INVOICE NO. |
|---|
| 41559201 |
| PAY THIS AMOUNT |
| $111.00 |

ODNABO*CNARF****   91248191  8530****  5   0111002